# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-CR-00428-KJD-CWH |
| v. | **ORDER** |
| ANGEL VERDUSCO-VILLA, *et. al.*, | |
| Defendants. | |

Before the Court for consideration is the Findings and Recommendation (#58) of Magistrate Judge C.W. Hoffman, Jr. entered June 19, 2014, recommending that Defendant Angel Verdusco-Villa's Motion to Dismiss Count Five of the Superseding Indictment (#58) be denied. Objections to the Magistrate Judge's Findings and Recommendation were due no later than July 6, 2014. Though the time for doing so has passed, no objections have been filed.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Findings and Recommendation (#58) of the United States Magistrate Judge entered June 19, 2014, should be **ADOPTED** and **AFFIRMED**.

///

///

IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recommendations (#58) entered June 19, 2014, are **ADOPTED** and **AFFIRMED**.

DATED this 30th day of July 2014.

_____
Kent J. Dawson
United States District Judge