DAN M. WINDER, ESQ.
Nevada State Bar No.: 001569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd
Las Vegas, NV 89102
(702) 474-0523
(702) 474-0631 Fax
Attorney for Defendant
ANGEL VERDUSCO-VILLA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00428-KJD-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING** |
| ANGEL VERDUSCO-VILLA, | ) | |
| | ) | **(First Request)** |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, by and through DANIEL G. BOGDEN, United States Attorney ROBERT KNIEF, Assistant United States Attorney, ANGEL VERDUSCO-VILLA, Defendant, by and through his counsel DAN M. WINDER, ESQ., that the sentencing in the above-captioned matter currently scheduled for January 26, 2016 at the hour of 9:00 a.m., be vacated and continued until a date and time convenient for the Court.

This Stipulation is entered into based on the following:

1. The Defendant is in the process of drafting objections and preparing a sentencing memorandum.

2. Counsel for the Defendant has spoken to the Defendant, and the Defendant has no objection to the requested continuance.

3. Denial of this request for continuance would result in a miscarriage of justice.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United Stated Code Section 3161 (h)(1)(D) and Title 18, United States Code 3161 (h)(7)(A), when considering the factors under Title 18 United States Code, Sections 3161 (h)(7)(B) and 3161 (h)(7)(B)(iv).

6. This is the first request to continue the sentencing.

**DATED** this 22nd day of January, 2016.

| | |
|---|---|
| Respectfully submitted | Respectfully submitted. |
| UNITED STATES ATTORNEY | LAW OFFICE OF DAN M. WINDER, P.C. |
| /s/ Robert Knief | /s/Dan M. Winder |
| ROBERT KNIEF | DAN M. WINDER, ESQ. |
| Assistant United States Attorney | State Bar No.: 001569 |
| 333 Las Vegas Blvd. South, Ste 5000 | 3507 W. Charleston Blvd |
| Las Vegas, NV 89101 | Las Vegas, NV 89102 |
| | Attorney for Defendant |
| | ANGEL VERDUSCO-VILLA |

```
DAN M. WINDER, ESQ.
Nevada State Bar No.: 001569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd
Las Vegas, NV 89102
(702) 474-0523
(702) 474-0631 Fax
Attorney for Defendant
ANGEL VERDUSCO-VILLA
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-00428-KJD-CWH |
| Plaintiff, | ) | |
| vs. | ) | **FINDINGS OF FACT, CONCLUSIONS** |
| | ) | **OF LAW AND ORDER** |
| ANGEL VERDUSCO-VILLA, | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefor, the Court finds that:

1.    The Defendant is in the process of drafting objections and preparing a sentencing memorandum.

2.    Counsel for the Defendant has spoken to the Defendant, and the Defendant has no objection to the requested continuance.

3.    Denial of this request for continuance would result in a miscarriage of justice.

4.    For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

5.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United Stated Code Section 3161 (h)(1)(D) and Title 18, United States Code 3161 (h)(7)(A), when considering the factors under Title 18 United States Code, Sections 3161 (h)(7)(B) and 3161 (h)(7)(B)(iv).

6.      This is the first request for a continuance of the sentencing date.

## CONCLUSION OF LAW

1.      Additionally, denial of this request for continuance would result in a miscarriage of justice.

2.      For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date, and such continuance outweighs the best interests of the public and the defendant in a speedy trial.

3.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United Stated Code Section 3161 (h)(1)(D) and Title 18, United States Code 3161 (h)(7)(A), when considering the factors under Title 18 United States Code, Sections 3161 (h)(7)(B) and 3161 (h)(7)(B)(iv).

**ORDER**

**IT IS FURTHER ORDERED** that the sentencing in the above-captioned matter currently set for January 26, 2016, at the hour of 9:00 a.m., be vacated and continued to  February 3  , 2016, at the hour of  9:00 a.m.

**DATED** this  25th  day of  January  , 2016.

_____
U.S. DISTRICT DISTRICT JUDGE
KENT J. DAWSON